DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO A. RODRIGUEZ-ALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00211 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO ADVANCE HEARING DATE AND RE-SET FOR CHANGE OF PLEA AND SENTENCING; ORDER |
| v. | ) | |
| GUILLERMO A. RODRIGUEZ-ALAS, | ) | Date:  November 9, 2009 |
| Defendant. | ) | Time:  9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the trial confirmation hearing in the above captioned matter now scheduled for November 30, 2009, **may be advanced to November 9, 2009 at 9:00 a.m. and reset for change of plea and sentencing.**

This request is made by counsel for Defendant because defendant would like to enter his plea as soon as possible.

DATED:  November 4, 2009                                              DATED:  November 4, 2009

LAWRENCE G. BROWN                                              DANIEL J. BRODERICK
United States Attorney                                                    Federal Public Defender


/s/  Ian Garriques                                                              /s/  Melody Walcott
IAN GARRIQUES                                                           MELODY WALCOTT
Assistant United States Attorney                                    Assistant Federal Defender
Attorney for Plaintiff                                                      Attorney for Defendant
                                                                                       Guillermo A. Rodriguez-Alas

**ORDER**

**IT IS SO ORDERED**.  The trial confirmation hearing in the above-referenced matter now set for November 30, 2009, **is hereby advanced to November 9, 2009, at 9:00 A.M. and reset for change of plea and sentencing.**

IT IS SO ORDERED.

Dated:   November 5, 2009                         /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE